UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Annie Liu
                        Plaintiff,

v.                                                   Case No.: 1:14–cv–04993
                                                       Honorable Sara L. Ellis

Northwestern University, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 24, 2016:

       MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of dismissal [51], this action is dismissed with prejudice. The parties to bear their own costs and attorneys' fees. All pending dates and/or motions are terminated as moot. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.